Nov. Term,
1828.

WHALEN
v.
LAYMAN.

Rariden, for the appellant.

Dunn, for the appellees.

WHALEN v. LAYMAN.

In an action for a breach of promise of marriage, the plaintiff may introduce evi-
dence of seduction.

Thursday,
November 13.

ERROR to the Bartholomew Circuit Court.—Sarah Layman
brought an action of assumpsit against Thomas Whalen, for a
breach of promise of marriage.  The defendant pleaded the
general issue.  Verdict and judgment for the plaintiff.

Scott, J.—In an action for a breach of promise of mar-
riage, the plaintiff offered proof of seduction.  The defendant
objected; but the Court overruled the objection, and permitted
the evidence to go to the jury; and there was a verdict for the
plaintiff below for 100 dollars.  The admission of evidence of
seduction is complained of by the plaintiff in error, and this is
the only point in the case.  There is no error here.  The evi-
dence was proper for the consideration of the jury, and the
Court acted correctly in admitting it.  2 Stark. Ev. 942, n. 1,
—Paul v. Frazier, 3 Mass. R. 73.—Boynton v. Kellogg, id. 189.
The contrary was decided in the case of Burks v. Shain, 2
Bibb, 341; but that case is not supported by any other decision
within our knowledge.

Per Curiam.—The judgment is affirmed, with 5 per cent. da-
mages and costs.

Sweetser, for the plaintiff.

Wick and Herod, for the defendant.